IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 304-014 |
| | ) | |
| WAYNE SNELLGROVE | ) | |

**O R D E R**

At the hearing held on February 13, 2017, the above-captioned defendant, voluntarily, and with assistance of counsel, waived his right to a preliminary hearing on the petition filed against him. Therefore, I find sufficient cause to have this matter scheduled before the presiding District Judge for a final hearing on the petition for violation of conditions of supervised release.

Defendant also waived his right to a detention hearing. Accordingly, Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED this 15th day of February, 2017, at Augusta, Georgia.

_/s/ Brian K. Epps_
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA