GAS 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
Southern District of Georgia
Augusta Division

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2017 MAR -1 A 10: 57
Burton
S.O. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA <br> v. <br> Wayne Snellgrove | **JUDGMENT IN A CRIMINAL CASE** <br> (For Revocation of Probation or Supervised Release) <br><br> Case Number:    3:04CR00014-1 <br><br> USM Number:    11976-021 <br><br> Daniel J. O'Connor <br> Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory, standard, and special conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | May 3, 2016 |

See page two for additional violations

The defendant is sentenced as provided in pages 3 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec: 5173

Defendant's Year of Birth: 1961

City and State of Defendant's Residence:

Augusta, Georgia

February 27, 2017
Date of Imposition of Judgment

Signature of Judge

Dudley H. Bowen, Jr.
United States District Judge
Name and Title of Judge

1 March 2017
Date

DEFENDANT: Wayne Snellgrove
CASE NUMBER: 3:04CR00014-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 2 | The defendant failed to notify the probation officer at least ten days prior to a change in residence (standard condition). | May 26, 2016 |
| 3 | The defendant failed to answer truthfully inquiries by the probation officer (standard condition). | May 26, 2016 |
| 4 | The defendant failed to abide by a curfew as directed by the Court (special condition) | May 26, 2016 |
| 5 | The defendant left the judicial district without the permission of the Court or the probation office (standard condition). | May 26, 2016 |
| 6 | The defendant failed to report to the probation office as directed (standard condition). | June 20, 2016 |
| 7 | The defendant committed another federal, state, or local crime (mandatory condition). | November 13, 2016 |
| 8 | The defendant unlawfully possessed a controlled substance (mandatory condition). | November 13, 2016 |
| 9 | The defendant left the judicial district without the permission of the Court or the probation officer (standard condition). | November 13, 2016 |

GAS 245D     (Rev. 09/11) Judgment in a Criminal Case for Revocations

Judgment— Page 3 of 3

DEFENDANT: Wayne Snellgrove
CASE NUMBER: 3:04CR00014-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 24 months, with no supervision to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL